CR 17-0003-S BLW

# CRIMINAL COVERSHEET

| | | | |
|---|---|---|---|
| DEFENDANT'S NAME: | **Kelly Bryan Schneider** | JUVENILE: | No |
| DEFENSE ATTORNEY: | S. Richard Rubin | PUBLIC or SEALED: | Sealed |
| Address: | 702 West Idaho Street, Suite 1000<br>Boise, Idaho 83702 | SERVICE TYPE: (Summons or Warrant or Notice (if Superseding)) | Warrant |
| Telephone No.: | 208-331-5500 | | |
| INVESTIGATIVE AGENT: | Douglas S. Hart | ISSUE: | Yes |
| Telephone No.: | (208) 914-3827 | | |
| AGENCY: | Federal Bureau of Investigation | INTERPRETER: | No |
| | | If YES, language: | N/A |

**CASE INFORMATION** (Miscellaneous, CVB, other related defendants/case numbers):

**RELATED COMPLAINT:** No
Case Number:

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** **Indictment**

| | | | |
|---|---|---|---|
| Felony: | **Yes** | County of Offense: | **Ada** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **5 days** |
| Class B or C Misdemeanor: (Petty Offense) | **No** | | |

| STATUTE (Title and section(s)) | [illegible] | BRIEF DESCRIPTION | [illegible] |
|---|---|---|---|
| 18 U.S.C. § 249(a)(2) | 1 | Hate Crime | Incarceration for up to life and/or $250,000 fine, $100 special assessment; at least 5 years supervised release |
| | | | |

Date: **January 10, 2016**

United States Attorney: **Wendy J. Olson** (1030)

Telephone No.: **(208) 334-1211**

U.S. COURTS
JAN 10 2017
Rcvd____Filed____Time____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

REV. 3/2010