# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA
v.
KELLY BRYAN SCHNEIDER

***SEALED***
WARRANT FOR ARREST

CASE NUMBER: **1:17-cr-003-BLW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **KELLY BRYAN SCHNEIDER** and bring forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. 249(a)(2) HATE CRIME



United States Courts
District of Idaho
**ISSUED**
Carrie Smith
on Jan 11, 2017 2:43 pm

Carrie Smith, Deputy Clerk
Name and Title of Issuing Officer

January 11, 2017
Date

---

### RETURN

This warrant was received 01/12/2017 and executed with the arrest of the above-named individual at Canyon County Courthouse, Caldwell, ID.

DHSB

01/23/2017
Date of Arrest

Signature of Arresting Officer

For Doug Hart, FBI
Name & Title of Arresting Officer